UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN KRUGER ADKISON,<br><br>    Plaintiff,<br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | No. C19-853RSL<br><br>ORDER TO SHOW CAUSE |

This matter comes before the Court *sua sponte*. The complaint in the above-captioned matter was filed on June 3, 2019. To date, service of the summons and complaint has not been made on defendant as required by Fed. R. Civ. P. 4(i)(1) and (m). Plaintiff is hereby ORDERED to show cause why the complaint should not be dismissed. Plaintiff shall file a responsive brief no later than November 20, 2019. The Clerk is directed to place this Order to Show Cause on the Court's calendar for November 22, 2019.

DATED this 30th day of October, 2019.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE