UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN KRUGER ADKISON, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | NO. C19-0853RSL <br><br> ORDER OF DISMISSAL |

This matter comes before the Court on the "United States' Motion to Dismiss for Lack of Subject Matter Jurisdiction and Motion for Summary Judgment." Dkt. # 11. The motion is unopposed. Having reviewed the papers submitted and the remainder of the record, the motion is GRANTED. Plaintiff's claims are time-barred. In addition, any claim arising from an intentional tort or for money damages is barred by the doctrine of sovereign immunity.

The Clerk of Court is directed to enter judgment in favor of defendant and against plaintiff.

Dated this 4th day of May, 2020.

Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL - 1